UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENDRA K. DESHAZER, ADC #707085;
LASHAUN CHIDESTER, ADC #712129;
and BRIANNA SMITH, ADC #711586                                                PLAINTIFFS

V.                                    4:15CV00337 SWW/JTR

ARKANSAS DEPARTMENT OF CORRECTION                                    DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the relevant record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. This case is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2. Dismissal constitutes a STRIKE, as defined by 28 U.S.C. § 1915(g).

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 21st day of July 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE