**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

KENDRA K. DESHAZER, ADC #707085;
LASHAUN CHIDESTER, ADC #712129;
and BRIANNA SMITH, ADC #711586                                            PLAINTIFFS

V.                                       4:15CV00337 SWW/JTR

ARKANSAS DEPARTMENT OF CORRECTION                                        DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 21st day of July 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE